MINUTE ENTRY   December 09, 2004
         8:00  a.m

 UNITED STATES OF AMERICA -v- VANN LE

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX, Courtroom Deputy
  PATRICK SMITH, Assistant U. S. Attorney
  G. ANTHONY LONG,  Attorney for Defendant
  VANN LE, Defendant

PROCEEDING:    HEARING ON MOTION FOR DISCOVERY, BILL OF PARTICULARS and WAIVER OF SPEEDY TRIAL

 Defendant was  present with Attorney Anthony Long. Government by Patrick Smith, AUSA.

 Defense argued the motion for Discovery and Bill of Particulars.  Government argued.

 After hearing all argument, Court took the matters under advisement and stated that a written decision would be forthcoming.

 Defendant was sworn.

 Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant examined as to his understanding of his constitutional rights and his right to a speedy trial.

 The Court found that pursuant to Title 18, USC Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial;  therefore it was ordered that the jury trial would be waived up until and including April 30, 2005 and that jury trial would commence on Monday, April 25, 2005 at 9:00 a.m. in this courtroom.

        Adjourned   at 8:30 a.m.

 ;
Applies to: DFT Le, Vann [KLL EOD 12/09/2004]