MINUTE ENTRY            9:08 a.m.

U.S.A. -v- VANN LE

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
  FAYE CROZAT, COURT REPORTER
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
  VANN LE, DEFENDANT
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  WAIVER OF SPEEDY TRIAL

 Defendant was present with Attorney G. Anthony Long.  Government by Timothy Moran, AUSA.

 Defendant was sworn.  Defendant stated that he and his attorney needed more time to prepare for trial.

 Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

 The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial;  therefore it was ordered that the jury trial would be waived up until and including August 31, 2005 and that jury trial would commence on Monday, August 15 , 2005 at 9:00 a.m. in this courtroom.

 Defense moved to withdraw the motion to dismiss, filed on March 10, 2005.  Court took the matter (set for April 8, 2005) off-calendar without prejudice.

        Court adjourned at 9:20 a.m.


;
Applies to: DFT Le, Vann [KLL EOD 03/28/2005]