FILED
Clerk
District Court

AUG - 1 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant U.S. Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>   v.<br><br>VANN LE,<br>                Defendant. | Criminal Case No. 03-00001<br><br>**UNITED STATES'**<br>**EXHIBIT LIST**<br><br>Jury Trial: Monday, August 8, 2005<br>Time:     9:00 a.m. |

      The United States of America, by and through its undersigned attorneys, hereby submits the attached list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI

Date: 8/1/05                        By: _____
                                             TIMOTHY E. MORAN
                                             Assistant United States Attorney

DISTRICT OF THE NORTHERN MARIANA ISLANDS

**EXHIBITS**

<u>U.S.A. vs Vann Le</u>,  Criminal Case No. <u>**03-00001**</u>
✓ Plaintiff __ Defendant Type of Hearing: <u>**Jury Trial**</u>

| No. | DESCRIPTION |
|---|---|
| 1 | Photos of Bank Interior |
| 2 | Photos of Bank Interior |
| 3 | Photos of Bank Interior |
| 4 | Photos of Bank Interior |
| 5 | Photos of Bullet Hole In Divider |
| 6 | Bullet from City Trust Bank Robbery |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |