FILED
Clerk
District Court

AUG – 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

**IN THE UNITED STATES  DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL  ACTION  NO. 03-0001 |
| Plaintiff ) | |
| v. ) | DEFENDANT'S EXHIBIT |
| VANN LE ) | LIST |
| Defendant ) | |

Defendant Vann Le reserves the right to introduce the following exhibits during his case in chief:

A.    A copy of Le's passport number 0352362444

B.    Immigration Departure records of Le for the period August, 2001 thru September 1, 2002

C.    Commonwealth Immigration records of Yuki Higuchi Le

C.    Phones records of Le for the period January 1, 2002 thru October 1, 2002

D.    Various contracts entered into by Le's business in Vietnam.

E.    Any exhibit identified on the prosecution's  exhibit list.

1    Le reserves the right to introduce any exhibit during trial  which becomes necessary and  relevant

2    for purposes of refreshing recollection,  impeachment, rebuttal or  for any other purposes.

3    Le also reserves the right to amend this exhibit list prior to trial.

4

5

      Dated this 1st day of August, 2005.

6

7                    Law Office of G. Anthony Long

8

9           By:

                      G. Anthony Long

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801