F I L E D
Clerk
District Court

AUG – 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 03-0001 |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) SUBMISSION OF ERRATA |
| VANN LE | ) MEMORANDUM SUPPORTING |
| | ) IN LIMINE RULING |
| Defendant | ) |
| _____ | ) |

Defendant Vann Le hereby submits an errata memorandum supporting his motion for an in limine ruling. The errata corrects several typographical errors in the original submission.

Dated this 2nd ay of August, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801