FILED
Clerk
District Court

AUG -3 2005

For The Northern Mariana Islands
_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal No. 03-00001-001 |
|---|---|
| Plaintiff, | |
| vs. | |
| VANN LE, | Notice Rescheduling Trial Date |
| Defendant. | |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the Trial in the above case presently set for Monday, August 8, 2005, at 9:00 a.m., is rescheduled to Tuesday, August 9, 2005, at 9:00 a.m.

DATED this 3rd day of August, 2005.

_____
Judge A. Wallace Tashima

AO 72
(Rev. 8/82)