FILED
Clerk
District Court

AUG -3 2005

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANN LE,<br><br>Defendant. | Criminal No. 03-00001-001<br><br>Notice Setting Status Conference |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that a Status Conference in the above case is set for Monday, August 8, 2005, at 8:00 a.m.

DATED this 3rd day of August, 2005.

_____
Judge A. Wallace Tashima

AO 72
(Rev. 8/82)