FILED
Clerk
District Court

AUG -5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal No. 03-00001-001 |
|---|---|
| Plaintiff, | |
| vs. | |
| VANN LE, | Order Rescheduling Trial Date |
| Defendant. | |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

The Trial in the above case scheduled to begin on Tuesday, August 9, 2005, at 9:00 a.m., is rescheduled to Wednesday, August 10, 2005, at 9:00 a.m.

IT IS SO ORDERED.

DATED this 5rd day of August, 2005.

Judge A. Wallace Tashima

AO 72
(Rev. 8/82)