FILED
Clerk
District Court

AUG - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant U.S. Attorney
DISTRICT OF THE NORTHERN
　　MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:　　　 (670) 236-2985

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VANN LE,<br><br>　　　　　　　Defendant. | Criminal Case No. 03-00001<br><br>**UNITED STATES' AMENDED EXHIBIT LIST**<br><br>Jury Trial: Monday, August 8, 2005<br>Time:　　　9:00 a.m. |

　　　The United States of America, by and through its undersigned attorneys, hereby submits the attached list of the Government's Exhibits, reserving its right to amend or supplement this list as needed.

　　　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Districts of Guam and the NMI

Date: 8/7/05　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　TIMOTHY E. MORAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DISTRICT OF THE NORTHERN MARIANA ISLANDS

**EXHIBITS**

<u>U.S.A. vs Vann Le</u>,  Criminal Case No. **03-00001**
✓ Plaintiff __ Defendant Type of Hearing: <u>**Jury Trial**</u>

| No. | DESCRIPTION |
|---|---|
| 1 | Photos of Bank Interior |
| 2 | Photos of Bank Interior |
| 3 | Photos of Bank Interior |
| 4 | Photos of Bank Interior |
| 5 | Photos of Bullet Hole In Divider |
| 6 | Bullet from City Trust Bank Robbery |
| 7 | Photos of Bank Exterior |
| 8 | Photos of Mas Marine |
| 9 | Photos of SUV |
| 10 | Piece of Divider Struck by Bullet |
| 11 | Money Strap |
| 12 | Lionel Borja Plea Agreement |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |