Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

F I L E D
Clerk
District Court

AUG − 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 03-0001 |
| Plaintiff | ) |
| v. | ) |
| | ) 2nd ERRATA TO DEFENDANT'S |
| VANN LE | ) MEMORANDUM SUPPORTING |
| | ) IN LIMINE RULING |
| Defendant | ) |

Robert Jr. Fanoway, not Jason Rukuled, is the deceased individual whose statements are subject to *Crawford*.

Dated this 8th day of August, 2005

Law Office of G. Anthony Long

By: _____
G. Anthony Long