FILED
Clerk
District Court

AUG -9 2005

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-03-00001-001                               August 9, 2005
                                              8:00 a.m.

### UNITED STATES OF AMERICA -vs- VAN LEE

PRESENT:   Hon. A. Wallace Tashima, Senior Circuit Judge
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Retained Attorney for Defendant
           Vann Lee, Defendant

PROCEEDINGS:   STATUS CONFERENCE / MOTIONS HEARING

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Vann Lee. Also present was FBI Agent, Joe Auther.

Government reported to the Court that they are prepared to proceed with trial. AUSA, Tim Moran reported that their case would probably be finished by Friday. Defense counsel Long also reports to the Court that they are prepared to proceed as well. Court informed counsels that the Court will begin jury selection on Wednesday, August 10, 2005 at 9:00 a.m.

Court took up pending motions. After all arguments, Court reserved on the issue regarding the defendant's marital breakdown and that a hearing may be set later this afternoon for testimony from the defendant's wife. As to the burglary acts and guns recovered from the defendant and co-conspirator's (deceased) home, Court with respect to the prior burglary, GRANTED this issue as admissible. Court SUSTAINED on the issue with regards to the weapons found in the two homes.

Court set a hearing for today, August 9, 2005 at 4:00pm.

Adjourned 8:55 p.m.

Michelle C. Macaranas,   Court Deputy