F I L E D
Clerk
District Court

AUG 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-03-00001-001                                         August 9, 2005
                                                        4:30 p.m.

### UNITED STATES OF AMERICA -vs-VAN LEE

PRESENT:   Hon. A. Wallace Tashima, Senior Circuit Judge
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Retained Attorney for Defendant
           Vann Lee, Defendant

PROCEEDINGS:    EVIDENTIARY HEARING

    Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf and with defendant, Vann Lee. Also present was FBI Agent, Joe Auther.

    Court resumed at 4:45 p.m. Defense objected to the Government's use of an interpreter. Court overruled.

    Shoko Calvert was sworn as interpreter.

    Government called Ms.Yuki Higuchi as a witness. Witness was sworn. Government began with DX. At 5:17 pm Attorney Long began CX. Defense marked exhibit A, B, C, D, E. *At 5:38 pm. Government began RDX.* At 5:43 pm witness and interpreter was excused.

    At 5:44pm Attorney Long called witness Van Lee. Ex. B, C, D & E. *At 5:48 pm. Government began CX.* At 5:52pm witness was excused. Defense offered Ex. A through E; no objections; Court so Ordered.

    Court had interpreter interpret Ex. B & C. After all arguments, Court DENIED Government's motion to utilize testimony of the separated wife with respect to statements made on April 19, 2003 with defendant. Jury selection will resume tomorrow, August 10, 2005 at 9:00am. Court will take up other matters after jury selection.

                                            Adjourned 6:12 p.m.

                                            _____
                                            Michelle C. Macaranas,  Court Deputy

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- VAN LEE | | | | | | District Court<br>Northern Mariana Islands |
|---|---|---|---|---|---|---|
| Government's Attorney<br>Timothy Moran, AUSA | | | Defendant's Attorney<br>G. Anthony Long, Esq. | | | Docket Number: CR-03-00001-001 |
| | | | | | | Hearing Date(s): August 9, 2005 |
| Presiding Judge<br>A. Wallace Tashima, Presiding Judge | | | Court Reporter<br>Sanae Shmull | | | Courtroom Deputy<br>Michelle C. Macaranas |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **YUKI HIGUCHI - 8/9/05 DX** |
| | | | | | **YUKI HIGUCHI - 8/9/05 CX** |
| | A | 8/9/05 | - | - | CNMI Division of Labor Document re Non-Resident Data |
| | B | 8/9/05 | - | - | Photo of Item (1page); Fortune |
| | C | 8/9/05 | - | - | Photo of Items (2 page) |
| | D | 8/9/05 | - | - | Photo of small purple sack (1 page) |
| | E | 8/9/05 | - | - | Document regarding Remittance Advice dated Oct. 14, 2002(1 page) |
| | | | | | **VAN LEE - 8/9/05 DX** |
| | B | 8/9/05 | 8/9/05 | 8/9/05 | Photo of Item (1page); Fortune |
| | C | 8/9/05 | 8/9/05 | 8/9/05 | Photo of Items (2 page) |
| | D | 8/9/05 | 8/9/05 | 8/9/05 | Photo of small purple sack (1 page) |
| | E | 8/9/05 | 8/9/05 | 8/9/05 | Document regarding Remittance Advice dated Oct. 14, 2002(1 page) |
| | A | 8/9/05 | 8/9/05 | 8/9/05 | CNMI Division of Labor Document re Non-Resident Data |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

For Internal Use Only. Not for distribution/publication.
Labor and Immigration Identification and Documentation System.
Printed by JDelaCruz on 10/27/04 10:09:19 AM
Page 1 of 1



## Commonwealth of the Northern Mariana Islands
### Office of the Attorney General
### Division of Immigration
### Non-Resident Data

| LIIDS No: | Name (First, Middle, Last): | Citizenship: | Sex: | DOB: |
|---|---|---|---|---|
| 186504 | YUKI HIGUCHI LE | JPN | F | 12/12/78 |



### Disposition(s)

| Entry Date: | Date: | Labor Case No: | Agency Case No: | Status: | Occupation: |
|---|---|---|---|---|---|
| | 12/9/00 | | | DENIED | |

APPLICATION WAS DISAPPROVED FOR TOURIST EXTENSION DUE TO AN INVESTIGATION CONDUCTED BY JOHN PETER AND CONCLUDED FOR DISAPPROVAL OF HER EXTENSION. DEPARTED ON 11/16/00 VOD IN FILE.

### Immigration Record History

| Submitted: | Spnsr LIIDS No: | Sponsor Name: | Application Type: | Approved: | LIIDS Issued: | Expires: | Class: | Telephone: |
|---|---|---|---|---|---|---|---|---|
| 1/16/04 | 0 | LE, VANN | RENEWAL | 1/21/04 | 1/22/04 | 1/18/05 | 706D | 2359597 |
| 1/13/03 | 0 | LE, VANN | RENEWAL | 1/15/03 | 1/24/03 | 1/18/04 | 706D | 2339597 |
| 10/23/02 | 0 | LE, VANN | RENEWAL | 10/24/02 | 10/25/02 | 1/18/03 | 706D | 2339597 |
| 1/12/01 | 0 | LE, VANN | NEW | 1/15/01 | 1/19/01 | 1/18/02 | 706D | 0 |
| 10/20/00 | 0 | LE, VANN | NEW | | | | 706C | 0 |




2 LE-00008















02/08/2005 14:36    +852-2797-8793                                              PAGE 2/2

To :   Mr. Anthony Long for Vann Le
From:  Kevin

**The Hongkong and Shanghai Banking Corporation Limited** 香港上海滙豐銀行有限公司
Network Services Centre, Payment Services Department 中央匯兌中心，匯款服務部

REMITTANCES ADVICE 匯款通知書                           **DUPLICATE ADVICE**

Transaction Reference 交易編號

TT   TST718586

                                                        16 OCT 2002

FIRST HAWAIIAN BANK HONOLULU

TT   TST718586
                    TO   FIRST HAWAIIAN BANK
                         HAWAII USA
                    F/O  YUKI HIGUCHI
                    A/C  12 023886
                    O/O  MAK WING TING WENDY
                    DTL  BK INFO CONT SAIPAN OLEAI BR USA
                         FW 121301015
            BK TO BK     /ACC/FIRST HAWAIIAN BANK PMB 744
                         //60X 10003 POB 5006269 MP96950

TT AMOUNT          USD      5,030.00
DR AMOUNT          USD      5,030.00 DR 047-398516-833

NOTE: Telegraphic transfers are now subject to the Bank's usual conditions.
注意：電匯是依照本行的有關規則辦理．                                    Member HSBC Group
                                                                    滙豐集團成員





                                                                    TOTAL P.01