```
                                                    District Court
                                                    AUG 1 0 2005
                                              For The Northern Mariana Islands
                                              By_____
                                                        (Deputy Clerk)
```

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-03-00001                                   August 10, 2005
                                              9:00 a.m.

### UNITED STATES OF AMERICA -v- VANN LE, et., al.

PRESENT:   Hon. A. Wallace Tashima, Senior Circuit Judge
           Sanae Shmull, Court Reporter
           Michelle C. Macaranas, Courtroom Deputy
           Timothy Moran, Assistant U. S. Attorney
           G. Anthony Long, Attorney for Defendant
           Vann Le, Defendant

PROCEEDINGS:   JURY TRIAL - Day One

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf of and with defendant, Vann Le.

At 8:45 a.m. in the absence of the jury, the Court took up matters regarding moving the jury trial to next week. However, the Court will proceed with jury selection today and continue jury trial to next week **Tuesday, August 16, 2005.** There being no objection, Court so Ordered.

At 8:53 a.m. the Court recessed. At 9:15 a.m. the Court resumed with jury selection.

28 potential jurors from panel 101050801 were present. 35 potential jurors from panel 101050501 were present.

Jurors were sworn and Court began voir dire.

At 10:53 a.m. court recessed for break. Court reconvened at 11:10 a.m.

Voir dire continued. At 12:13 p.m. the following jurors were empaneled: (1) TESIRO, Joseph Patrick Cabrera; (2) MARATITA, Julita Lizama; (3) PANGELINAN, Juan Ogo; (4) MUNA, Jesus Camacho; (5) LIZAMA, Joaquin Cruz; (6) REYES, Vincent Cruz; (7) NEKAIFES, John; (8) COVARRUBIAS, Rebecca Ann; (9) DOWAI, Juan Norita; (10) CAMACHO, Renita Chong; (11) DIAZ, Jason James; (12) BENAVENTE, Arlene Tina Lee; *Alternate* (1) BARCINAS, Mona Ann Atalig; *Alternate* (2) CAMACHO, Dominic Cepeda.

Court Minutes
CR-03-00001
USA vs. Van Lee
Jury Trial Day One - 8/10/05
Page 2 of 2

      Court ordered that the panel will take their final Oath on Tuesday, August 16, 2005. At 12:15 p.m. jurors were excused for the day and ordered to return on **Tuesday, August 16, 2005 at 9:00 a.m.** to resume trial. Jurors left the Courtroom.

      Court took up matters regarding challenges for cause regarding jurors that had been involved a prior trial that took place approximately two months ago. Government reported to the Court regarding the trial and the verdict in the case.

      Court took up further matters regarding pending motions. After all arguments, Court DENIED defense's motion.

      Adjourned 12:35 p.m.

Michelle C. Macaranas,   Court Deputy

# CRIMINAL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Wednesday, August 10, 2005 | DOCKET NO. | CR-03-00001 |
|---|---|---|---|
| CAPTION | United States of America -vs- VANN LEE | | |
| ATTORNEYS | Timothy Moran, AUSA | G. Anthony Long, Esq. | |

| | 7 | | 8 | | 9 | | 10 | | 11 | | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GP | ANTONIO C. MAGOFNA | | REBECCA COVARRUBIAS | DP | MARILYN WABOL NEKAIFES | | RENITA CHONG CAMACHO | CC | JASON JAMES DIAZ | CC | DOMINIC C. CAMACHO |
| | THOMAS D. BABAUTA | | | DP | JESUSA HELGEN | | | GP | RUDY DUENAS DELA ROSA | | |
| DP | EMILY K ATALIG | | | GP | PEDRO R. TEREGEYO | | | DP | MARGARITA T. PRATER | | |
| | JOHN OSBORN | | | GP | VIOLETA GUIAO | | | | ARLENE BENAVENTE | | |
| DP | NORA V. BORJA | | | | JUAN NORITA DOWAI | | | | | | |
| | JOHN NEKAIFES | | | | | | | | | | |

| | 1 | | 2 | | 3 | | 4 | | 5 | | 6 | | ALTERNATE 1 | | ALTERNATE 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP | JUAN TOVES KING | | JULITA L MARATITA | | JUAN OGO PANGELINAN | | JESUS C. MUNA | DP | JOAQUIN C. LIZAMA | DP | JUANITA DLG. FEJERAN | DP | ELEUTERIO EVANGELISTA | | |
| | DONALD L. PANGELINAN | | | | | | | GP | | GP | DIANE LANZANAS VILLEGAS | | MONA ANN A. BARCINAS | | |
| | ELIAS M. BORJA | | | | | | | DP | | DP | BRYAN R. AGULTO | | | | |
| | JOSEPH TESIRO | | | | | | | | | CC | JUAN S. ARRIOLA | | | | |
| | | | | | | | | | | | VINCENTE C. REYES | | | | |

CC = Challenge for Cause    DP = Defendant's Peremptory Challenge    GP = Government's Peremptory Challenge

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| 1 | RUDY D. DELA ROSA | 1 | JUAN TOVES KING |
| 2 | ANTONIO MAGOFNA | 2 | MARGARITA PRATER |
| 3 | THOMAS D. BABAUTA | 3 | JUANITA FEJERAN |
| 4 | DIANE VILLEGAS | 4 | MARILYN NEKAIFES |
| 5 | PEDRO TEREGEYO | 5 | EMILY ATALIG |
| 6 | VIOLETA GUIAO | 6 | JESUSA HELGEN |
| | | 7 | JOHN OSBORN |
| | | 8 | BRYAN AGULTO |
| | | 9 | ELIAS BORJA |
| | | 10 | NORA BORJA |

### ALTERNATES

| 1 | PASS | 1 | ELEUTERIO EVANGELISTA |
|---|---|---|---|
| 2 | PASS | 2 | PASS |

Form NMI-CRJY01 (Rev. 06/01)