Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>VANN LE )<br>)<br>Defendant )<br>_____ ) | CRIMINAL ACTION NO. 03-0001<br><br><br><br>DEFENDANT'S SUPPLEMENTAL<br>PROPOSED VOIR DIRE |

1.  Have you heard of the City Trust Bank robbery? If so:

    A.  How did you hear about the robbery?

    B.  What opinions, if any, do you have about the robbery?

    C.  Have you had any discussions about the robbery?

    D.  If so, with whom and what did you discuss?

2.  Do you have an account with City Trust Bank?

Page 1 of 2

3. Have you ever had an account with City Trust Bank?

4. Do you have any relatives or friends who have or had an account with City Trust Bank?

Dated this 10th day of August, 2005.

        Law Office of G. Anthony Long

        By: _____
            G. Anthony Long

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801