Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

F I L E D
Clerk
District Court

AUG 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 03-0001 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | DEFENDANT'S AMENDED |
| VANN LE ) | EXHIBIT LIST |
| ) | |
| Defendant ) | |
| ) | |

A. Lionel Borja's plea agreement in *USA v. Borja* District Court of N.M.I. Criminal Case No. 03-0001.

B. Dismissal in *Commonwealth v. Borja*, Commonwealth Superior Court Criminal Case No. 02-0336.

C. Information in *Commonwealth v. Borja*, Commonwealth Superior Court Criminal Case No. 02-0336.

D. Dismissal in *Commonwealth v. Borja*, Commonwealth Superior Court Criminal Case No.

Page 1 of 3

02-0323.

E. Amended Information in *Commonwealth v. Borja*, Commonwealth Superior Court Criminal Case No. 02-0323.

F. Sentencing Order of Lionel Borja in *Commonwealth v. Deleon Guerrero et al*, Commonwealth Superior Court Criminal Case No. 01-0434.

G. Judgment and Order of Lionel Borja in *Commonwealth v. Deleon Guerrero et al*, Commonwealth Superior Court Criminal Case No. 01-0434.

H. Judgment in *USA v. Kapileo*, District Court of N.M.I. Criminal Case No. 03-0001.

I. Information and Dismissal in Commonwealth v. Kapileo, Commonwealth Superior Court Criminal Case No. 02-0418.

J. Judgment and commitment order in in *Commonwealth v. Kapileo*, Commonwealth Superior Court Criminal Case No. 01-0446.

K. Judgment and commitment order in *Commonwealth v. Kapileo*, Commonwealth Superior Court Criminal Case No. 99-025.

L. Judgment of Conviction *Commonwealth v. Kapileo*, Commonwealth Superior Court Criminal Case Nos. 96-008, 96-100 and 96-366.

M. Judgment and Commitment order in *Commonwealth v. Kapileo*, Commonwealth Superior Court Criminal Case No. 94-0022.

N. Judgment and Commitment order in *Commonwealth v. Kapileo*, Commonwealth Superior Court Criminal Case No. 91-0151.

O. Judgment and Commitment order in *Commonwealth v. Tababa*, Commonwealth Superior Court Criminal Case No. 02-0362.

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

P.  Judgment and Commitment order as to Peter Tababa in *Commonwealth v. Mansfield et al*, Commonwealth Superior Court Criminal Case Nos. 01-008 and 01-0085.

Q.  April 15, 2002 letter from M.L. Johnson of City Trust Bank to SA Linda L. Maberry

R.  Transaction Report of City Trust Bank for April 15, 2002

S.  Commonwealth Immigration record of Yuki Higuchi Le.

T.  Commonwealth Immigration entry and Departure record of Vann Le.

Dated this 15th day of August, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long