# United States District Court

DISTRICT OF

# Northern Mariana Islands

FILED
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

Plaintiff,

Vs.

VANN LE

Defendant.

**SUBPOENA**

CASE NUMBER: 03-00001

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL  ☒ CRIMINAL | ☒ PERSON    ☐ DOCUMENT(S) or OBJECT(S) |

TO:

Lt. Edward Manalili

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>First Floor, Horiguchi Building<br>Saipan, MP 96950 | 101 |
| | DATE AND TIME |
| | Wednesday, August 17, 2005 at 9:00a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): None

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| **GALO L. PEREZ** | AUG 1 0 2005 |
| (BY) DEPUTY CLERK  *[signature]* | |

This subpoena is issued upon application of the :

☐ Plaintiff  ☒ Defendant  ☐ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:

G. Anthony Long
P.O. BOX 504970
Lim's Building, 2nd Fl.
235-4802
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

AO 110 (Rev. 12/89)

| RETURN OF SERVICE (1) | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE August 12, 2005  8:46am | PLACE at CIB office, Dept. of Public Safety, Susupe. |
| SERVED ON (PRINT NAME) Lt. Edward Manahili | | |
| SERVED BY (PRINT NAME) Candace Meyers | TITLE Process Server | |

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __08-15-05__
Date

Signature of Server

P.O. Box 7271 SVRB, Saipan MP 96950
Address of Server

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".