FILED
Clerk
District Court

AUG 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant U.S. Attorney
DISTRICT OF THE NORTHERN
 MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2982
Fax:       (670) 236-2985

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00001 |
| Plaintiff, | ) | |
| v. | ) | **PROPOSED VERDICT FORM** |
| VANN LE, | ) | |
| Defendant. | ) | |

Dated: August 17, 2005

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney

1
2
3
4                              UNITED STATES DISTRICT COURT
                                  NORTHERN MARIANA ISLANDS
5
6  UNITED STATES OF AMERICA,        )    Criminal Case No. 03-00001
                                    )
7              Plaintiff,           )
                                    )    **VERDICT FORM**
8       v.                          )
                                    )
   VANN LE,                         )
9                                   )
                                    )
10             Defendant.           )
                                    )
11                                  )
                                    )
12                                  )
13 _____ )

14      We, the Jury in the above-entitled case, unanimously find as follows:

15                                   **COUNT ONE**

16      As to the offense of Conspiracy to Commit Robbery Affecting Interstate or Foreign

17 Commerce, we, the jury, unanimously find the defendant, **VANN LE**:

18             _____    NOT GUILTY

19             _____    GUILTY

20

21 _____                           _____
        Date                                              Jury Foreperson
22

23
                                     **COUNT TWO**
24
        As to the offense of Robbery Affecting Interstate or Foreign Commerce, we, the jury,
25
   unanimously find the defendant, **VANN LE**:
26
               _____    NOT GUILTY
27
               _____    GUILTY
28
   _____                           _____
        Date                                              Jury Foreperson

## COUNT THREE

As to the offense of Discharge of a Firearm During and in Relation to a Crime of Violence, we, the jury, unanimously find the defendant, **VANN LE**:

_____     NOT GUILTY

_____     GUILTY

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

_____
Jury Foreperson

Date: _____
          Saipan, CNMI