# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-03-00001

August 18, 2005
10:00 a.m.

F I L E D
Clerk
District Court

AUG 1 8 2005

**UNITED STATES OF AMERICA -v- VANN LE, et., al.**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Timothy Moran, Assistant U. S. Attorney
G. Anthony Long, Attorney for Defendant
Vann Le, Defendant

PROCEEDINGS:   JURY TRIAL - Day Four

Government by Timothy Moran, AUSA. Attorney G. Anthony Long was present on behalf of and with defendant, Vann Le. 12 regular jurors and 1 alternate juror was present.

Government began their closing argument at 10:05 a.m. and finished at 10:30 a.m. Defense began their closing argument at 10:30 a.m. and concluded at 11:00 a.m. Government gave their final rebuttal argument beginning at 11:00 a.m. and concluded at 11:12 a.m.

Court recessed at 11:12 a.m. for morning break and reconvened at 11:30 a.m.

Court read jury instructions to the jurors.

Court thanked and excused the alternate juror.

At 12:10 p.m. the oath was administered to the Bailiffs to take the jury in charge and the jurors were led to the deliberation room.

Court recessed at 12:15 p.m.

Jurors were escorted to lunch at 12:15 p.m. and returned to continue deliberation 1:50 p.m.

At 4:30 p.m. jurors were dismissed for the evening and reminded to return at 9:00 a.m. tomorrow morning to continue deliberation.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy

AO 187                    **EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| U.S.A. -vs- VANN LEE | | **District Court**<br>Northern Mariana Islands |
| **Government's Attorney**<br>Timothy Moran, AUSA<br>Jamie Bowers, AUSA | **Defendant's Attorney**<br>G. Anthony Long, Esq. | **Docket Number:** CR-03-00001<br>**Trial Date(s):** August 10 - 18, 2005 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | 8/16/05 | 8/16/05 | **ALAN LACSAMANA** |
| 1 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (front) |
| 2 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (back) |
| 3 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (parking lot) |
| 4 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 5 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 6 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 7 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 8 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 9 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet) |
| W2 | | | 8/16/05 | 8/16/05 | **LIONEL BORJA** |
| 10 | | | 8/16/05 | 8/16/05 | Plea Agreement of Lionel Borja |
| 11 | | | 8/16/05 | 8/16/05 | Photo of SUV |
| | C | | 8/16/05 | 8/16/05 | Information |
| | E | | 8/16/05 | 8/16/05 | Amended Information |
| W3 | | | 8/16/05 | 8/16/05 | **PETER TABABA** |
| | P | | 8/16/05 | 8/16/05 | Judgment of Conviction dated May 1, 2002 (redacted) |
| | O | | 8/16/05 | 8/16/05 | Judgment and Commitment Order dated November 13, 2003 |
| W4 | | | 8/17/05 | 8/17/05 | **NORMAN KAPILEO** |
| 12 | | | 8/17/05 | 8/17/05 | Norman Kapileo's Plea Agreement |
| | I | | 8/17/05 | 8/17/05 | Information |
| | L | | 8/17/05 | 8/17/05 | Judgment of Conviction |
| | N | | 8/17/05 | 8/17/05 | Judgment and Probation Commitment Order (redacted) |
| | W1 | | 8/17/05 | 8/17/05 | **VICTORIA PARAN** |
| | W2 | | 8/17/05 | 8/17/05 | **EDWARD H. MANALILI** |
| | W3 | | 8/17/05 | 8/17/05 | **JESSE DUBRALL** |
| | W4 | | 8/17/05 | 8/17/05 | **JOSEPH AUTHER** |