8-19-05

We the Jury have (Reach) Meet the Verdict —

1405

Foreperson

[signature]

FILED
Clerk
District Court

AUG 19 2005

For The Northern Mariana Islands
By_____(Deputy Clerk)

Received
8-19-05
2:08
[signature]