FILED
Clerk
District Court

AUG 19 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00001 |
| Plaintiff, | ) | |
| | ) | **VERDICT FORM** |
| v. | ) | |
| VANN LE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

We, the Jury in the above-entitled case, unanimously find as follows:

### COUNT ONE

As to the offense of Conspiracy to Commit Robbery Affecting Interstate or Foreign Commerce, we, the jury, unanimously find the defendant, **VANN LE**:

____X____  NOT GUILTY

_____  GUILTY

_8-19-05_                                          _/s/ Jesus A. Muña_
Date                                                    Jury Foreperson

### COUNT TWO

As to the offense of Robbery Affecting Interstate or Foreign Commerce, we, the jury, unanimously find the defendant, **VANN LE**:

____X____  NOT GUILTY

_____  GUILTY

_8-19-05_                                          _/s/ Jesus A. Muña_
Date                                                    Jury Foreperson

## COUNT THREE

As to the offense of Discharge of a Firearm During and in Relation to a Crime of Violence, we, the jury, unanimously find the defendant, **VANN LE**:

    __X__ NOT GUILTY

    _____ GUILTY

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.


Jury Foreperson

Date: 8-19-05
Saipan, CNMI