```
                                                    F I L E D
                                                       Clerk
                                                    District Court

                                                    AUG 1 9 2005

                                             For The Northern Mariana Islands
                                             By_____
                                                    (Deputy Clerk)
```

# TRIAL MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-03-00001                                            August 19, 2005
                                                       9:00 a.m.

### UNITED STATES OF AMERICA -v- VANN LE, et., al.

PRESENT:    12 jurors

PROCEEDINGS:    JURY TRIAL (Deliberation) - Day Five

All twelve jurors were present at 9:05 a.m. and began deliberation.

Jurors were escorted to lunch at 11:52 a.m. and returned at 1:10 p.m. to continue deliberation.

At 2:08 p.m. a note was received by the jurors that they had reached a verdict and all parties were called to come to the Court.

Court convened at 2:45 p.m.

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Timothy Moran, Assistant U. S. Attorney
            G. Anthony Long, Attorney for Defendant
            Vann Le, Defendant

Jurors were escorted into the Courtroom and the verdict was read as follows:

We, the jury in the above-entitled case, unanimously find as follows: Count One. As to the offense of Conspiracy to Commit Robbery Affecting Interstate or Foreign Commerce, we, the jury, unanimously find the defendant, Vann Le: NOT GUILTY. Count Two. As to the offense of Robbery Affecting Interstate or Foreign Commerce, we, the jury, unanimously find the defendant, Vann Le: NOT GUILTY. Count Three. As to the offense of Discharge of a Firearm During and in Relation to a Crime of Violence, we, the jury, unanimously find the defendant, Vann Le: NOT GUILTY. Certification. I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause. Signed by the Jury Foreperson on the 19th day of August, 2005.

Jurors were polled and the verdict was unanimous.

Defendant was remanded into the custody of the U.S. Marshal and ordered released after the processing of all paperwork.

Adjourned at 3:00 p.m.

K. Lynn Lemieux, Courtroom Deputy