**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00001-001 |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | Wednesday, August 10, 2005 |
| | ) | |
| VANN LE, | ) | |
| | ) | REPORTER'S PARTIAL TRANSCRIPT OF |
| Defendant. | ) | DEFENDANT'S MOTION TO DISMISS FOR |
| | ) | LACK OF JURISDICTION |

BEFORE THE HONORABLE SENIOR CIRCUIT JUDGE
A. WALLACE TOSHIMA FOR THE NINTH CIRCUIT COURT OF APPEALS
SITTING AT UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:        Timothy Moran &
                      Jamie Bowers
                      Assistant United States Attorneys
                      MARIANAS DISTRICT
                      Horiguchi Building, Third Floor
                      P. O. Box 500377
                      Saipan, MP 96950
                      Telephone: (670) 236-2986
                      Facsimile: (670) 236-2945

For Defendant:        G. Anthony Long, Esq.
                      P. O. Box 504970
                      Saipan, MP 96950
                      Telephone: (670) 235-4802
                      Facsimile: (670) 235-4801

Present         :     Defendant Mr. Vann Le

FILED
Clerk
District Court

AUG 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950

GARAPAN, SAIPAN, WEDNESDAY, AUGUST 10, 2005 - 11:10 A.M.

RULING

THE COURT: Yeah, but, you know, if it, if it goes to jurisdiction, I mean, you just can raise that at any time. Here's my ruling. As I said, you know, I think the motion is well crafted. It's well put together. It's a sound argument. I think it's a very close, close issue. But I'm denying the motion. But, you know, I guess, you know, I think the issue has to be decided some time. I think the issue is still open. I don't know how would, how I would rule if I were, you know, if I had this case in the Ninth Circuit. Let me put it that way. But here, I think given the history here and the fact that the issue has been raised before and Judge Munson has ruled on it before, this court has consistently, I think, taken the position that the Hobbs Act -- like other, other criminal laws that depend on the federal government's interstate commerce powers -- applies in the Commonwealth. So I am going to stay with that position. But I encourage Mr. Long to pursue this.

I think it's, you know, it's an important issue. It may have to, someday, has to be decided by the Supreme Court because if you're right, Mr. Long, that the Hobbs Act doesn't apply here, that -- and the reasoning would be because, as your motion explains, the Interstate Commerce Act is not included as one of the provisions

of the Constitution that are, that apply to the Commonwealth. If that's true, you know, then the whole host of federal criminal laws, I think, including all the drug laws and including, you know, fraud laws and a lot of other statutes, I think, would not apply in the Commonwealth either. So, I mean, those the possible -- all I'm saying is those are the possible ramifications of this motion. So, but I'm not reaching those today. I'm just saying, you know, it's a well, it's a well, put together motion. And I, you know, some day, it may succeed. But for now sitting as a judge of this court, I deny the motion.

MR. LONG: Yes, Your Honor. And just for the record, to clarify is that, we're limiting this motion to federal statutes that have specifically has that jurisdictional hook. I understand --

THE COURT: I understand that.

MR. LONG: -- that you --

THE COURT: I understand that but nevertheless, you can't ignore the ramifications of, you know, what that, what the ruling would be, you know, based on. But I appreciate that. All right.

MR. LONG: Thank you, Your Honor.

THE COURT: But for now, the motion is denied. Okay? So then this case is in recess until next Tuesday morning at 9:00 a.m., all right, and it'll be Judge Munson here, I assume. Thank you. (**END OF RULING**)

```
COMMONWEALTH OF THE        )
NORTHERN MARIANA ISLANDS   )   ss.
SAIPAN, MP                 )
_____ )
```

I, SANAE N. SHMULL, Official Court Reporter for the United States District Court for the Northern Mariana Islands, do hereby certify:

That the foregoing RULING on defendant's Motion to Dismiss for Lack of Jurisdiction in Criminal Case No. 03-00001, *United States of America v. Vann Le,* consisting 3 pages, was taken down by me stenographically with a back-up tape recording device at the time and place indicated herein.

That the foregoing transcript is a true and correct record of the proceeding transcribed by me to the best of my ability.

I further certify that I am not interested in the events of the action.

IN WITNESS WHEREOF, I have subscribed my name and signature this 27th day of August 2005.

_____
SANAE N. SHMULL
Official Court Reporter