IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

SEP 06 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00001 |
| Plaintiff, | ) | |
| | ) | **JUDGMENT OF ACQUITTAL** |
| -v- | ) | |
| VANN LE, | ) | |
| Defendant. | ) | |

On the 19th day of August, 2005, the defendant, Vann Le, was found not guilty of Count One: Conspiracy to Commit Robbery Affecting Interstate or Foreign Commerce; not guilty of Count Two: Robbery Affecting Interstate or Foreign Commerce; not guilty of Count Three: Discharge of a Firearm During and in Relation to a Crime of Violence; in violation of Title 18, United States Code, Sections 1951(a); 1951(a) & 2 and 924(c)(1)(A)(iii) & 2.

IT IS ORDERED that the Defendant is acquitted as to Counts I, II and III and discharged and any bond exonerated.

DATED this 6th day of September, 2005.

_____
HONORABLE ALEX R. MUNSON
Chief Judge

AO 72
(Rev. 08/82)