```
                                                        F I L E D
                                                           Clerk
                                                       District Court

         IN THE UNITED STATES DISTRICT COURT            NOV 21 2005
                       FOR THE
              NORTHERN MARIANA ISLANDS              For The Northern Mariana Islands
                                                    By_____
                                                           (Deputy Clerk)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00001-003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF RELEASE OF EXHIBITS |
| ) | |
| VANN LEE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Craig Moore                                G. Anthony Long
Assistant U.S. Attorney                    P.O. Box 504970
3rd Floor Horiguchi Bldg.                  Saipan, MP 96950
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   21st day of   November  , 2005

                                    GALO L. PEREZ, Clerk of Court

                                    By: _Ignacio C. Benavente_
                                        Chief Deputy Clerk
                                        U.S. District Court
                                        Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- VANN LEE | | District Court<br>Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Timothy Moran, AUSA<br>Jamie Bowers, AUSA | **Defendant's Attorney**<br>G. Anthony Long, Esq. | **Docket Number:** CR-03-00001<br>**Trial Date(s):** August 10 - 18, 2005 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | 8/16/05 | 8/16/05 | ALAN LACSAMANA |
| 1 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (front) |
| 2 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (back) |
| 3 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (parking lot) |
| 4 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 5 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 6 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 7 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 8 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 9 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet) |
| W2 | | | 8/16/05 | 8/16/05 | LIONEL BORJA |
| 10 | | | 8/16/05 | 8/16/05 | Plea Agreement of Lionel Borja |
| 11 | | | 8/16/05 | 8/16/05 | Photo of SUV |
| | C | | 8/16/05 | 8/16/05 | Information |
| | E | | 8/16/05 | 8/16/05 | Amended Information |
| W3 | | | 8/16/05 | 8/16/05 | PETER TABABA |
| | P | | 8/16/05 | 8/16/05 | Judgment of Conviction dated May 1, 2002 (redacted) |
| | O | | 8/16/05 | 8/16/05 | Judgment and Commitment Order dated November 13, 2003 |
| W4 | | | 8/17/05 | 8/17/05 | NORMAN KAPILEO |
| 12 | | | 8/17/05 | 8/17/05 | Norman Kapileo's Plea Agreement |
| | J | | 8/17/05 | 8/17/05 | Information |
| | L | | 8/17/05 | 8/17/05 | Judgment of Conviction |
| | N | | 8/17/05 | 8/17/05 | Judgment and Probation Commitment Order (redacted) |
| | W1 | | 8/17/05 | 8/17/05 | VICTORIA PARAN |
| | W2 | | 8/17/05 | 8/17/05 | EDWARD H. MANALILI |
| | W3 | | 8/17/05 | 8/17/05 | JESSE DUBRALL |
| | W4 | | 8/17/05 | 8/17/05 | JOSEPH AUTHER |