IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00001-003 |
| )  | |
| Plaintiff, ) | |
| ) | |
| vs. ) | EXIHIBIT WITHDRAWAL RECEIPT |
| ) | |
| VANN LEE, ) | |
| ) | |
| Defendant, ) | |
| ) | |

### EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

### AS PER ATTACHED DEFENDANT'S EXHIBIT LIST

Dated: 11/28, 2005

Acknowledge by: _____
G. Anthony Long
P.O. Box 504970
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| U.S.A. -vs- VANN LEE | | District Court<br>Northern Mariana Islands |
| Government's Attorney<br>Timothy Moran, AUSA<br>Jamie Bowers, AUSA | Defendant's Attorney<br>G. Anthony Long, Esq. | Docket Number: CR-03-00001<br>Trial Date(s): August 10 - 18, 2005 |
| Presiding Judge<br>Alex R. Munson, Chief Judge | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | 8/16/05 | 8/16/05 | **ALAN LACSAMANA** |
| 1 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (front) |
| 2 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (back) |
| 3 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (parking lot) |
| 4 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 5 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 6 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 7 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 8 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 9 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet) |
| W2 | | | 8/16/05 | 8/16/05 | **LIONEL BORJA** |
| 10 | | | 8/16/05 | 8/16/05 | Plea Agreement of Lionel Borja |
| 11 | | | 8/16/05 | 8/16/05 | Photo of SUV |
| | C | | 8/16/05 | 8/16/05 | Information |
| | E | | 8/16/05 | 8/16/05 | Amended Information |
| W3 | | | 8/16/05 | 8/16/05 | **PETER TABABA** |
| | P | | 8/16/05 | 8/16/05 | Judgment of Conviction dated May 1, 2002 (redacted) |
| | O | | 8/16/05 | 8/16/05 | Judgment and Commitment Order dated November 13, 2003 |
| W4 | | | 8/17/05 | 8/17/05 | **NORMAN KAPILEO** |
| 12 | | | 8/17/05 | 8/17/05 | Norman Kapileo's Plea Agreement |
| | I | | 8/17/05 | 8/17/05 | Information |
| | L | | 8/17/05 | 8/17/05 | Judgment of Conviction |
| | N | | 8/17/05 | 8/17/05 | Judgment and Probation Commitment Order (redacted) |
| | W1 | | 8/17/05 | 8/17/05 | **VICTORIA PARAN** |
| | W2 | | 8/17/05 | 8/17/05 | **EDWARD H. MANALILI** |
| | W3 | | 8/17/05 | 8/17/05 | **JESSE DUBRALL** |
| | W4 | | 8/17/05 | 8/17/05 | **JOSEPH AUTHER** |