IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00001 |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| VAN LEE, et al., | ) | |
| Defendant. | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 6th day of January, 2006.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187                                          **EXHIBIT AND WITNESS LIST**

| U.S.A. -vs- VANN LEE | | | District Court Northern Mariana Islands | |
|---|---|---|---|---|
| **Government's Attorney** Timothy Moran, AUSA Jamie Bowers, AUSA | | **Defendant's Attorney** G. Anthony Long, Esq. | **Docket Number** ~~redacted~~ Trial Date(s): August 10 - 18, 2005 | |
| **Presiding Judge** Alex R. Munson, Chief Judge | | **Court Reporter** Sanae Shmull | **Courtroom Deputy** Lynn Lemieux | |

| GOV NO. | DEF. NO. | DATE MARKED | DATE OFFERED | DATE ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | | 8/16/05 | 8/16/05 | **ALAN LACSAMANA** |
| 1 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (front) |
| 2 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (back) |
| 3 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (parking lot) |
| 4 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 5 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 6 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank |
| 7 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 8 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet hole) |
| 9 | | | 8/16/05 | 8/16/05 | Photo of City Trust Bank (bullet) |
| W2 | | | 8/16/05 | 8/16/05 | **LIONEL BORJA** |
| 10 | | | 8/16/05 | 8/16/05 | Plea Agreement of Lionel Borja |
| 11 | | | 8/16/05 | 8/16/05 | Photo of SUV |
| | C | | 8/16/05 | 8/16/05 | Information |
| | E | | 8/16/05 | 8/16/05 | Amended Information |
| W3 | | | 8/16/05 | 8/16/05 | **PETER TABABA** |
| | P | | 8/16/05 | 8/16/05 | Judgment of Conviction dated May 1, 2002 (redacted) |
| | O | | 8/16/05 | 8/16/05 | Judgment and Commitment Order dated November 13, 2003 |
| W4 | | | 8/17/05 | 8/17/05 | **NORMAN KAPILEO** |
| 12 | | | 8/17/05 | 8/17/05 | Norman Kapileo's Plea Agreement |
| | I | | 8/17/05 | 8/17/05 | Information |
| | L | | 8/17/05 | 8/17/05 | Judgment of Conviction |
| | N | | 8/17/05 | 8/17/05 | Judgment and Probation Commitment Order (redacted) |
| | W1 | | 8/17/05 | 8/17/05 | **VICTORIA PARAN** |
| | W2 | | 8/17/05 | 8/17/05 | **EDWARD H. MANALILI** |
| | W3 | | 8/17/05 | 8/17/05 | **JESSE DUBRALL** |
| | W4 | | 8/17/05 | 8/17/05 | **JOSEPH AUTHER** |